UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE HARTFORD STEAM BOILER              :
INSPECTION AND INSURANCE CO.           :
as subrogee of Trustees of Union College,   :
One State Street                       :
Hartford, CT 06102                     :   Docket No.
                                       :
                                       :
                          Plaintiff,   :   **COMPLAINT**  1:23-cv-0997 (DNH/CFH)
                                       :
       -against-                       :
                                       :   **JURY TRIAL DEMANDED**
                                       :
                                       :
JJ CREWE & SON, INC.                   :
7110 Michaels Mill Rd.                 :
Buckeystown, MD 21717                  :
                          Defendant.   :
                                       :
----------------------------------------------------------------X

    Plaintiff, The Hartford Steam Boiler Inspection and Insurance Company, as subrogee of the Trustees of Union College, by and through its undersigned counsel and for its Complaint against Defendant, JJ Crewe & Son, Inc., avers as follows, upon information and belief:

## PARTIES

    1.    Plaintiff, The Hartford Steam Boiler Inspection and Insurance Company ("Hartford"), is a corporation duly organized and existing under the laws of Connecticut, with its principal place of business at One State Street, Hartford, Connecticut 06102.

    2.    Defendant, JJ Crewe & Son, Inc. ("JJ Crewe"), is a corporation duly organized and existing under the laws of the Maryland, with its principal place of business at 7110 Michaels Mill Road, Buckeystown, MD 21717.

3. At all times material hereto, Defendant JJ Crewe was engaged in the business of, *inter alia*, maintaining, servicing, designing, installing, fabricating and inspecting gas turbines and gas compressor skids.

## JURISDICTION

4. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332, as there is diversity between the parties and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs of this action.

5. Venue is properly laid in this judicial district as the events giving rise to Plaintiff's claim occurred in this judicial district.

## FACTUAL ALLEGATIONS

6. At all times material hereto, Plaintiff's insured, the Trustees of Union College ("Union College"), owned the property located at 807 Union St., Schenectady, NY (the "Campus").

7. A gas fueled turbine was leased and operated by Union College to generate electricity for the Campus (the "Turbine").

8. At all times material hereto, Plaintiff Hartford provided insurance coverage for the Turbine pursuant to a policy of insurance (the "Policy").

9. Prior to March 29, 2021, JJ Crewe designed, fabricated, and installed the gas compressor skid for the Turbine.

10. Prior to March 29, 2021, Defendant JJ Crewe was retained by Union College to service, maintain, and inspect the Turbine compressor.

11. As part of JJ Crewe's work it was required to service, maintain, and inspect the Turbine's gas compressor skid and filter.

12. On or about March 29, 2021, it was discovered the Turbine had suffered severe and catastrophic damage requiring replacement (the "Incident").

13. The Incident was the result of foreign materials, including compressor oil, entering the Turbine causing combustor flashback.

14. JJ Crewe failed to properly service, maintain, design, fabricate, and inspect the system, including its filter and gas compressor skid system, and/or failed to properly install a filter during its work.

15. As a result of the Incident Union College submitted a claim to Plaintiff, pursuant to the terms of the Policy, and Plaintiff compensated its insured for the damage related to the Turbine in excess of $1,220,000.00.

16. By virtue of its payments, and in accordance with the common law principles of legal and equitable subrogation, as well as the terms of the Policy, Plaintiff is legally and equitably subrogated, to the extent of its payments, to its insured's right to recovery against Defendant.

## **COUNT I – NEGLIGENCE**

17. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

18. Defendant had a duty to exercise due care in servicing, maintaining, designing, fabricating, installing, inspecting, and otherwise performing work on the Turbine and/or gas compressor skid, which it breached.

19. The Incident and resulting damage was the direct and proximate result of the negligence, carelessness, recklessness, gross negligence, and/or negligent acts and/or omissions of Defendant, as follows:

    A. Failing to properly service, maintain, and/or inspect the Turbine and/or compressor;

B. Failing to properly install the filter during its work;

C. Failing to select appropriate, adequate, and/or acceptable materials in performing its work;

D. Failing to properly ensure foreign contaminants would not enter into and harm the Turbine;

E. Allowing the Turbine to operate in an unsafe and dangerous condition;

F. Failing to warn Union College of the dangerous condition of the Turbine;

G. Failing to use due care under the circumstances;

H. Failing to properly design, fabricate, install, and/or inspect the Turbine gas compressor skid; and

I. Otherwise acting negligently as may be revealed during discovery.

20. As a direct and proximate result of Defendant's negligence, carelessness, recklessness, and/or negligent acts and/or omissions the Subject Property suffered damage.

## **AS AND FOR A JURY DEMAND**

21. Plaintiff demands a trial by jury on all issues.

WHEREFORE, Plaintiff demands judgment in its favor and against Defendant for damages in an amount in excess of $1,220,000, with interest, costs, fees, and any further relief the Court deems appropriate.

Respectfully submitted,

COFFEY LAW, PLLC

*Daniel W. Coffey*

Daniel W. Coffey, Esq.
NDNY Bar Roll No.:
17 Elk Street
Albany, NY 12207
(518) 813-9500
dan@coffeylawny.com

*Counsel for Plaintiff*

Co-Counsel for Plaintiff:
*To move for PHV admission*
Lawrence F. Walker, Esq.
Michael D. O'Donnell, Esq.
COZEN O'CONNOR
1650 Market St., Suite 2800
Philadelphia, PA 19103
(215) 665-2000
lwalker@cozen.com
mdodonnell@cozen.com

5